Form B1 (Official Form 1) - (Rev. 1/08)                                                          2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Fey 240 North Brand LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   77-0537538 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>210 S. Orange Grove Blvd.<br>Pasadena, CA<br>ZIP CODE 91105 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☒ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check one box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

FILED
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk
DEC 04 2009

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |



Form B1 (Official Form 1) (Rev. 1/08) — 2008 USBC, Central District of California

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): **Fey 240 North Brand LLC**

FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Central District of California | 2:08-bk-19512-AA | 6/30/08 |
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 1/08)  ...  2008 USBC, Central District of California

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Fey 240 North Brand LLC**

FORM B1, Page 3

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)
**John Schock**
Printed Name of Attorney for Debtor(s)
**Schock and Schock**
Firm Name
**210 S. Orange Grove Blvd. Ste. 200**
Address
**Pasadena, CA 91105**

**626-298-6444**
Telephone Number

12-3-09       052781
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
                        Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Greg Galletly**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual

12/3/09
Date

Form B4 (Official Form 4) - (12/07)                                                           2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Fey 240 North Brand LLC  Debtor(s). | CHAPTER: 11<br>CASE NO.: |

# Form 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor *and complete* mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

See attached.

Date: 12/3/09

_____
Debtor

[Declaration as in Form 2]

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

1. ABR Concrete Systems
   110 N. Richmont Dr. #H
   Anaheim, CA 92801
   Trade Debt
   $     3,723.60
   Unliquidated

2. Amtech Elevator Services
   Dept. LA 21592
   Pasadena, CA 91185
   Trade Debt
   $     2,022.54
   Unliquidated

3. Archer's Lock and Safe
   224 W. Colorado Blvd. Ste. 103
   Glendale, CA 91204
   Trade Debt
   $     19,107.99
   Unliquidated

4. Aztec Fire Protection
   5121 West Jefferson Blvd.
   Los Angeles, CA 90016
   Trade Debt
   $     14,515.00
   Unliquidated

5. Crabtree Glass Company
   13203 Sherman Way
   N. Hollywod, CA 91605
   Trade Debt
   $     7,197.00
   Unliquidated

6. Dal Tile Van Nuys
   7901 Sepulveda Blvd.
   Van Nuys, CA 91405
   Trade Debt
   $     4,840.03
   Unliquidated

7. Demmert & Associates
   2004 West Mountain Street
   Glendale, CA 91201
   Trade Debt
   $     23,600.00
   Unliquidated

8   Diversified Automation
    7372 Walnut Ave. Ste. Y
    Buena Park, CA  90620
    Trade Debt
    $     14,106.70
    Unliquidated

9   Dura Painting Company
    19341 Caledonia Dr.
    Riverside, CA  92508
    Trade debt
    $     10,850.00
    Unliquidated

10  Electrician Magician
    524 E. Glenoaks #D
    Glendale, CA  91207
    Traade Debt
    $      8,920.35
    Unliquidated

11  Farmers Insurance
    27200 Tourney Road #240
    Valencia, CA  91355
    Trade Debt
    $      6,228.82
    Unliquidated

12  Interior Experts General Builders, Inc.
    2127 Edwards Avenue
    South El Monte, CA  91733
    Trade Debt
    $     42,221.93
    Unliquidated

13  KPFF Consulting Engineers
    6080 Center Drive, Ste. 300
    Los Angeles, CA  90045
    Trade Debt
    $      5,330.70
    Unliquidated

14  Labor Ready Southwest, Inc.
    P.O. Box 31001-0257
    Pasadena, CA 91110
    Trade Debt
    $      5,701.95
    Unliquidated

15  LA Metro Plumbing
    P.O. Box 60921
    Pasadena, CA 91116
    Trade Debt
    $     25,950.00
    Unliquidated

16  Lobar
    1150 N. Central Ave. #209
    Glendale, CA 91202
    Trade Debt
          235,887.89
    Unliquidated

17  Malekian & Associates
    22550 Honolulu Ave. 1A
    Montrose, CA 91020
    Trade Debt
    $      4,830.00
    Unliquidated

18  Mustang Mechanical Contractors
    957 Lawson Street
    City of Industry, CA 91748
    Trade Debt
    $     10,089.82
    Unliquidated

19  Stumbaugh & Associates
    3303 N. San Fernando Blvd.
    Burbank, CA 91504
    Trade Debt
    $     12,577.00
    Unliquidated

20  Saiful Bouquet
    385 East Colorado Blvd., Ste.200
    Pasadena, CA 91101
    Trade Debt
    $      2,100.00
    Unliquidated

Verification of Creditor Mailing List - (Rev. 10/05)     2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name   Fey 240 North Brand LLC

Address   210 S. Orange Grove Blvd.    Pasadena, CA 91105

Telephone   (626) 204-5200

☐ Attorney for Debtor(s)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 12/3/09

Debtor: [signature]

Attorney (if applicable)     Joint Debtor

## MAILING LIST

Fey 240 North Brand LLC
210 S Orange Grove Blvd
Pasadena, CA 91105


Schock and Schock
John Schock
210 S Orange Grove Blvd Suite 200
Pasadena, CA 91105


United States Trustee
725 South Figueroa Street 26th Floor
Los Angeles, CA 90017

Citizens Business Bank
Ted Dondanville
1010 E Colorado Blvd
Pasadena, CA  91106


Los Angeles County Assessor
500 W Temple St Room 225
Los Angeles, CA  90012


Glendale Career College
co Knapp Peterson and Clarke
550 N Brand Blvd
Glendale, CA  91203


Evilsizer Construction Inc
621 S Victory Blvd
Burbank, CA  91502


ABR Concrete Systems
110 N Richmont Drive Unit H
Anaheim, CA  92801


Amtech Elevator Services
Dept LA 21592
Pasadena, CA  91185


Archers Lock and Safe
224 W Colorado Blvd
Glendale, CA  91204


Aztec Fire Protection
5121 West Jefferson Blvd
Los Angeles, CA  90016

Crabtree Glass Company
13203 Sherman Way
North Hollywood, CA 91605


Dal Tile Van Nuys
7901 Sepulveda Blvd
Van Nuys, CA 91405


Demmert and Associates
2004 West Mountain Street
Glendale, CA 91201


Diversified Automation
7372 Walnut Ave Suite Y
Buena Park, CA 90620


Dura Painting Company
19341 Caledonia Drive
Riverside, CA 92508


Electrician Magician
524 E Glenoaks Unit D
Glendale, CA 91207


Farmers Insurance
27200 Tourney Road Unit 240
Valencia, CA 91355


Interior Experts General Builders
2127 Edwards Avenue
South El Monte, CA 91733

KPFF Consulting Engineers
6080 Center Drive Suite 300
Los Angeles, CA 90045


Labor Ready Southwest Inc
PO Box 31001-0257
Pasadena, CA 91110


LA Metro Plumbing
PO Box 60921
Pasadena, CA 91116


Lobar
1150 N Central Ave Unit 209
Glendale, CA 91202


Malekian and Associates
22550 Honolulu Aveune 1A
Montrose, CA 91020


Mustang Mechanical Contractors
957 Lawson Street
City of Industry, CA 91748


Stumbaugh and Associates
3303 N San Fernando Blvd
Burbank, CA 91504


Saiful Bouquet
385 East Colorado Blvd Suite 200
Pasadena, CA 91101