Form B6 - Summary (12/07)                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re Fey 240 North Brand LLC | Debtor. | Case No.: 2:09-bk-44228-AA (If known) |
|---|---|---|

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | Yes | 1 | $ 16,000,000.00 | | |
| B- | Personal Property | Yes | 3 | $ 80,050.64 | | |
| C- | Property Claimed as Exempt | No | | | | |
| D- | Creditors Holding Secured Claims | Yes | 2 | | $ 11,544,099.53 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 678,352.29 | |
| G- | Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H- | Codebtors | Yes | 10 | | | |
| I- | Current Income of Individual Debtor(s) | No | | | | $ |
| J- | Current Expenditures of Individual Debtors(s) | No | | | | $ |
| | TOTAL | | 21 | $ 16,080,050.64 | $ 12,222,451.82 | |



FILED

DEC 2 2 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

RESOLUTION AUTHORIZING FILING OF CHATPER 11 BANKRUPTCY

The Managing Member has determined that because of numerous factors, including the notice of default by Citizens Business Bank, it is in the best interest of the Limited Liability Company to file a Chapter 11 Bankruptcy and attempt to reorganize the business of owning and operating the property located at 240 North Brand Boulevard in Glendale, California.

Dated December 4, 2009

Fey 240 North Brand LLC

By: _____
Name:  Greg Galletly
Title:  Manager

FILED

DEC 22 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John Schock<br>210 S. Orange Grove Blvd., Suite 200<br>Pasadena, CA  91105<br>Bar # 052781<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>           Fey 240 North Brand LLC<br><br>                                        Debtor(s),<br><br>                                        Plaintiff(s),<br><br>                                        Defendant(s). | CASE NO.:    2:09-bk-44228-AA<br><br>ADV. NO.:<br><br>CHAPTER:    11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____Greg Galletly_____, the undersigned in the above-captioned case, hereby declare
           (Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the debtor corporation

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*
Keith Fey

b.    ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          ____12/21/09_____
Signature of Attorney or Declarant                Date

Greg Galletly
_____
Printed Name of Attorney or Declarant

## Fey 240 North Brand LLC
## EQUITY SECURITY HOLDERS

Keith Fey
120 Santa Cruz Avenue
Oxnard, CA 93035

| Party Name, Address and Telephone Number  *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| John Schock<br>210 S. Orange Grove Blvd., Suite 200<br>Pasadena, CA  91105 | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    Fey 240 North Brand LLC<br><br><div align="right">Debtor.</div> | CHAPTER 11<br><br>CASE NUMBER<br>        2:09-bk-44228-AA<br><br><div align="center">(No Hearing Required)</div> |
|---|---|

<div align="center">

**VENUE DISCLOSURE FORM**
**FOR CORPORATIONS FILING CHAPTER 11**
***(Required by General Order 97-02)***

*\*Attach additional sheets as necessary and indicate so in each section\**

</div>

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

>    210 S. Orange Grove Blvd.
>    Pasadena, CA  91105

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

>    210 S. Orange Grove Blvd.
>    Pasadena, CA  91105

3.    Disclose the current business address(es) for all corporate officers:

>    210 S. Orange Grove Blvd.
>    Pasadena, CA  91105

4.    Disclose the current business address(es) where the Debtor's books and records are located:

>    210 S. Orange Grove Blvd.
>    Pasadena, CA  91105

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*          **VEN-C**

| In re    Fey 240 North Brand LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER  2:09-bk-44228-AA |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

240 North Brand Blvd.
Glendale, CA  91203

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

N/A

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

Greg Galletly - Manager

210 S. Orange Grove Blvd.
Pasadena, CA  91105

8.  Total number of attached pages of supporting documentation:  ___0___

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 21ˢᵗ day of  D̲u̲c̲l̲H̲B̲i̲R̲ , 20 09 , at  P̲A̲S̲A̲P̲k̲w̲A̲ , California.

Greg Galletly
_____
*Type Name of Officer*

Manager
_____
*Position or Title of Officer*

_____
*Signature of Declarant*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Fey 240 North Brand LLC; 2:08-bk-19512-AA; filed June 30, 2008; Judge Ahart Central District of California; dismissed

240 North Brand Blvd., Glendale, CA 91203

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____PASADENA_____, California.

_____
Debtor

Dated _____12/21/09_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                         F 1015-2.1

Form B6A (12/07)

| In re | | Case No.: |
|---|---|---|
| Fey 240 North Brand LLC | Debtor. | 2:09-bk-44228-A (If known) |

2007 USBC, Central District of California

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 240 North Brand Blvd. Glendale, CA 91203 | owner | | 16,000,000.00 | |
| Citizens Business Bank | | | | 8,229,328.40 |
| Deloveley Properties | | | | 1,100,000.00 |
| Glendale Career Schools | | | | 2,004,412.75 |
| Barnust Properties | | | | 1,755,089.00 |
| LA County Tax Collector | | | | 210,358.38 |

Total ➤ 16,000,000

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                                2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| Fey 240 North Brand LLC | Debtor. | 2:09-bk-44228-AA | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | | | 77,551.64 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home stead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | City of Glendale | | 2,499.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. | Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. | Wearing apparel. | x | | | |
| 7. | Furs and jewelry. | x | | | |
| 8. | Firearms and sports, photo-graphic, and other hobby equipment. | x | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmers Insurance Policy # 60477-06-94 | | |
| 10. | Annuities.  Itemize and name each issuer. | x | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re | Fey 240 North Brand LLC | | Case No.: | |
| | | Debtor. | 2:09-bk-44228-A | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.   Give particulars. | x | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. | Interests in partnerships or joint ventures.  Itemize. | x | | | |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. | Accounts receivable. | x | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 22. | Patents, copyrights, and other intellectual property.  Give particulars. | x | | | |
| 23. | Licenses, franchises, and other general intangibles.  Give particulars. | x | | | |

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re | Fey 240 North Brand LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:09-bk-44228-AA | (If known) |

# SCHEDULE B -PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. | Boats, motors, and accessories. | x | | | |
| 27. | Aircraft and accessories. | x | | | |
| 28. | Office equipment, furnishings, and supplies. | x | | | |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. | Inventory. | x | | | |
| 31. | Animals. | x | | | |
| 32. | Crops - growing or harvested. Give particulars. | x | | | |
| 33. | Farming equipment and implements. | x | | | |
| 34. | Farm supplies, chemicals, and feed. | x | | | |
| 35. | Other personal property of any kind not already listed. Itemize. | x | | | |

_____0_____ continuation sheets attached          Total ➤          $      80,050.64

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D - (12/07)                                                                2007 USBC, Central District of California

| In re   Fey 240 North Brand LLC | Case No.: |
|---|---|
| Debtor. | 2:09-bk-44228-AA    (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Citizens Business Bank<br>1010 E. Colorado Blvd.<br>Pasadena, CA  91106 | | | October 19, 2005<br>Deed of Trust<br>Commercial Building<br><br>Value $  16,000,000 | | x | | 8,229,328.40 | |
| Last four digits of ACCOUNT NO.<br><br>Delovely Properties<br>495 Emigrant Creek Dr.<br>Ashland, OR 97520 | | | July 30, 2007<br>Deed of Trust<br>Commercial Building<br><br>Value $  16,000,000 | | x | | 1,100,000.00 | |
| Last four digits of ACCOUNT NO.<br><br>Glendale Career Schools, Inc.<br>c/o Knapp, Peterson & Clarke<br>550 N. Brand Blvd.<br>Glendale, CA  91203 | | | October 22, 207<br>Deed of Trust<br>Commercial Building<br><br>Value $  16,000,000 | | | x | 2,004,412.75 | |

1  Continuation Sheets attached

Subtotal
(Total of this page)    ➤    $ 11,333,741.15

Total
(Use only last page)    ➤    $

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                                                                      2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Fey 240 North Brand LLC | 2:09-bk-44228-A |
| Debtor. | (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Barnust Properties, LTD<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | | | Deed of Trust<br>Commercial Building<br><br>Value $ 16,000,000.00 | | x | | 1,755,089.00 | |
| Last four digits of ACCOUNT NO.<br><br>LA County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | | | Property Tax Lien<br>Commercial Building<br><br>Value $ 16,000,000.00 | | x | | 210,358.38 | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

Subtotal(s)
(Total(s) of this page) ➤ | $ 210,358.38

Total(s)
(Use only last page) ➤ | $ 11,544,099.53

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6E - (Rev. 12/07)                                                          2007 USBC, Central District of California

| In re | Fey 240 North Brand LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | 2:09-bk-44228-AA | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**: Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

Form B6E - (Rev. 12/07)                                                                                    2007 USBC, Central District of California

| In re | | Case No.: |
|-------|-------|-----------|
| Fey 240 North Brand LLC | Debtor. | 2:09-bk-44228-AA    (If known) |

☐  **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 *Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ Continuation Sheets attached

| Form B6G - (12/07) | 2007 USBC, Central District of California |
|---|---|
| In re   **Fey 240 North Brand LLC**<br><br>Debtor. | Case No.:<br>**2:09-bk-44228-AA**   (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| see attached rent roll | |

**FEY 240 N BRAND LLC**
Rent Roll

Updated: 12/10/2009

| Tenant | Floor | Sq Ft | Lease Date | Lease Commencement Date | Initial Monthly Rent | Initial Annual Rent/psf | Term | Expiration | Rent Increases / Adjustments | Renewal Options | Expense Reimb. | Late Payment | Security Deposit | Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Goodwill | Ground Floor | 18,500 | 4/2/09 | 7 days after landlord work is complete and landlord has received a certificate of... | $37,000.00 | $24.00 | 10 years | TBD | None | 2, 5-year | 33.33%, not exceed $4,625; not <5% prior year | 5%, after 10th | None | Rent credit of $11,560.50/mo for 24 months for Tenant's fixture/equipment |
| 24 Hour Fitness, Club #113 | Second Floor | 18,000 | 12/1/93 | 12/1/94 | $20,700.00 | $13.80 | 20 years | 11/30/2014 | 3% increase/annum every 24 months<br>12/94  20,700.00<br>12/96  21,321.00<br>12/98  21,960.63<br>12/00  22,619.45<br>12/02  23,298.03<br>12/04  23,996.97<br>12/06  24,716.78<br>12/08  25,458.39<br>12/10  26,222.14<br>12/12  27,008.80 | 2, 5-year | 33.33% of CAM, exclude roof foundation, outer walls and structure | 6%, after 10th | None | Rent credit of $5,880/mo through 3/05 for TI allowance |
| *3rd Amendment* | | | 9/25/03 | 10/1/03 | $4,222.31 | | | 11/30/2014 | | | | | | |
| Southwest College of Medical-Dental Assistants & Practical Nurses | Basement | 8,500 | 3/13/08 | TBD | $16,000.00 | $22.59 | 2 years & 6 months | | CPI W Every 7/1 maximum increase of 3% | 2, 3-year | | 0.00% 10%, after 5th | $16,000 | Rent credit of TBD 15 months, not to exceed $13,000 |
| NWC Investments, LLC - *pending lease* | Basement | 4,267 | 5/8/09 | TBD | $6,500.00 | $18.28 | 2 years & 6 months | | None | 2, 3-year | | 0.00% 10%, after 5th | $6,500 | |
| **Total Building Square Feet approx** | | **58,000** | | | | | | | | | | | | |

**Form B6H - (12/07)**                                                    **2007 USBC, Central District of California**

| In re | Case No.: | |
|-------|-----------|---|
| Fey 240 North Brand LLC | | 2:09-bk-44228-AA |
| Debtor. | (If known) | |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6F (Official Form 6F) - (Rev. 12/07)                                                                2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Fey 240 North Brand LLC | | 2:09-bk-44228-AA |
| | Debtor. | (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> ABR Concrete Systems <br> 110 N. Richmont Dr. <br> Anaheim, CA 92801 | | | | | x | | 3,723.60 |
| Last four digits of ACCOUNT NO. <br> Acetek Roofing Co. <br> 2525 W. 8th St. #220 <br> Los Angeles, CA 90057 | | | | | x | | 480.00 |
| Last four digits of ACCOUNT NO. <br> Amtech Elevator Services <br> Dept. LA 21592 <br> Pasadena, CA 91185 | | | | | x | | 2,427.30 |
| Last four digits of ACCOUNT NO. <br> AR Painting Inc. <br> P.O. Box 4924 <br> Panorama City, CA 91412 | | | | | x | | 9,837.00 |

|  |  |
|---|---|
| Subtotal ➤ | $ 16,467.90 |

_____ 9 _____ Continuation Sheets attached

| Total <br> (Use only on last page of the completed Schedule F.) ➤ <br> (Report also on Summary of Schedules and, if applicable, on <br> the Statistical Summary of Certain Liabilities and Related Data.) | $ |
|---|---|

Form B6F (Official Form 6F) - (Rev. 12/07)                                                  2007 USBC, Central District of California

In re
  Fey 240 North Brand LLC

Case No.:
  2:09-bk-44228-AA

Debtor.                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Archer's Lock and Safe 224 W. Colorado Blvd., Ste. 103 Glendale, CA 91204 | | | | | x | | 19,107.99 |
| Last four digits of ACCOUNT NO. Armen Markarian 10290 Tujunga Canyon Blvd. Ste. 103 Tujunga, CA 91042 | | | | | x | | 2,600.00 |
| Last four digits of ACCOUNT NO. AT&T Payment Center Sacramento, CA 95887 | | | | | x | | 85.74 |
| Last four digits of ACCOUNT NO. Aztec Fire Protection 5121 West Jefferson Blvd. Los Angeles, CA 90016 | | | | | x | | 14,515.00 |

Subtotal ➤  | $   36,308.73

Sheet no. _1_ of _9_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

➤  | $

Form B6F (Official Form 6F) - (Rev. 12/07)                                          2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Fey 240 North Brand LLC | 2:09-bk-44228-AA |
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Camilo Hernandez<br>832 N. Fair Oaks Ave.<br>Pasadena, CA 91103 | | | | | x | | 430.70 |
| Last four digits of ACCOUNT NO.<br><br>City of Glendale<br>141 N. Glendale Ave., Level 2<br>Glendale, CA  91206 | | | | | x | | 8,739.67 |
| Last four digits of ACCOUNT NO.<br><br>Crabtree Glass Company<br>32023 Sherman Way<br>N. Hollywood, CA  91605 | | | | | x | | 7,197.00 |
| Last four digits of ACCOUNT NO.<br><br>Crown Disposal<br>P.O. Box 1081<br>Sun Valley, CA  91352 | | | | | x | | 1,913.34 |

Subtotal ➤   $   18,280.71

Sheet no. __2__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)   ➤   $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| Fey 240 North Brand LLC | | 2:09-bk-44228-AA |
| | Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Dal Tile Van Nuys<br>7901 Sepulveda Blvd.<br>Van Nuys, CA  91405 | | | | | x | | 4,840.03 |
| Last four digits of ACCOUNT NO.<br><br>Demmert & Associates<br>2004 W. Mountain St.<br>Glendale, CA  91205 | | | | | x | | 23,600.00 |
| Last four digits of ACCOUNT NO.<br><br>Diversified Automation<br>7372 Walnut Ave. Ste. Y<br>Buena Park, CA  90620 | | | | | x | | 14,106.70 |
| Last four digits of ACCOUNT NO.<br><br>Dura Painting Company<br>19341 Caledonia Drive<br>Riverside, CA  92508 | | | | | x | | 10,850.00 |

Subtotal ➤ $ 53,396.73

Sheet no. _3_ of _9_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Fey 240 North Brand LLC | 2:09-bk-44228-AA |
| Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Electrician Magician<br>524 E. Glenoaks #D<br>Glendale, CA 91207 | | | | | x | | 8,920.35 |
| Last four digits of ACCOUNT NO.<br>Encore Image, Inc.<br>P.O. Box 9297<br>Ontario, CA 91762 | | | | | x | | 460.95 |
| Last four digits of ACCOUNT NO.<br>Fabian Glass Graffiti<br>706 S. Hill St. Ste. 550D<br>Los Angeles, CA 90014 | | | | | x | | 360.53 |
| Last four digits of ACCOUNT NO.<br>Farmers Insurance<br>27200 Tourney Road #240<br>Valencia, CA 91355 | | | | | x | | 8,213.32 |

Subtotal ➤ $ 17,955.15

Sheet no. 4 of 9 sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| Fey 240 North Brand LLC | | 2:09-bk-44228-AA | |
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Francisco Hernandez <br> 253 E. Villa St. Apt. #1 <br> Pasadena, CA  91101 | | | | | x | | 1,805.00 |
| Last four digits of ACCOUNT NO. <br> The Gas Company <br> P.O. Box C <br> Monterey Park, CA  91756 | | | | | x | | 14.63 |
| Last four digits of ACCOUNT NO. <br> Glendale Iron <br> 4208 Chevy Chase Drive <br> Los Angeles, CA  90039 | | | | | x | | 2,900.00 |
| Last four digits of ACCOUNT NO. <br> Golden Eagle Insurance <br> P.O. Box 85830 <br> San Diego, CA  92186 | | | | | x | | 626.00 |

Subtotal ➤ | $ | 5,345.63

Sheet no. _5_ of _9_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤ | $

Form B6F (Official Form 6F) - (Rev. 12/07)                                      2007 USBC, Central District of California

| In re |  |
|---|---|
| Fey 240 North Brand LLC | Case No.: |
|  | 2:09-bk-44228-AA |
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Interior Experts General Builders<br>2127 Edwards Ave.<br>South El Monte, CA 91733 |  |  |  |  | x |  | 42,221.93 |
| Last four digits of ACCOUNT NO.<br>KPFF Consulting Engineers<br>6080 Center Drive, Ste. 300<br>Los Angeles, CA 90045 |  |  |  |  | x |  | 5,330.70 |
| Last four digits of ACCOUNT NO.<br>Labor Ready Southwest, Inc.<br>P.O. Box 31001-0257<br>Pasadena, CA 91110 |  |  |  |  | x |  | 5,701.95 |
| Last four digits of ACCOUNT NO.<br>LA Consulting Engineers<br>3211 Dora Verdugo Dr.<br>Glendale, CA 91208 |  |  |  |  | x |  | 3,500.00 |

Subtotal ➤ | $ | 56,754.58

Sheet no. __6__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)
➤ | $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | | Case No.: |
|-------|-|-----------|
| Fey 240 North Brand LLC | Debtor. | 2:09-bk-44228-AA (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> LA Metro Plumbing <br> P.O. Box 60921 <br> Pasadena, CA  91116 | | | | | x | | 25,950.00 |
| Last four digits of ACCOUNT NO. <br> L&T Industries, Inc. <br> 4084 East Mission Blvd. <br> Montclair, CA  91763 | | | | | x | | 1,550.00 |
| Last four digits of ACCOUNT NO. <br> Lobar Properties <br> 1150 N. Central Ave. #209 <br> Glendale, CA  91202 | | | | | x | | 235,887.89 |
| Last four digits of ACCOUNT NO. <br> Malekian & Associates <br> 22550 Honolulu Ave. 1A <br> Montrose, CA  91020 | | | | | x | | 4,830.00 |
| | | | | | | Subtotal ➤ | $ 268,217.89 |

Sheet no. __7__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

**Total**
(Use only on last page of the completed Schedule F.) ➤ $
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                      2007 USBC, Central District of California

| In re | | |
|---|---|---|
| Fey 240 North Brand LLC | | Case No.: |
| | Debtor. | 2:09-bk-44228-AA |
| | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Mustang Mechanical Contractors <br> 957 Lawson Street <br> City of Industry, CA  91748 | | | | | x | | 10,089.82 |
| Last four digits of ACCOUNT NO. <br><br> Roberto Morales | | | | | x | | 5,000.00 |
| Last four digits of ACCOUNT NO. <br><br> Saiful Bouquet <br> 385 E. Colorado Blvd., Ste. 200 <br> Pasadena, CA  91101 | | | | | x | | 2,100.00 |
| Last four digits of ACCOUNT NO. <br><br> Stumbaugh & Associates <br> 3303 N. San Fernando Blvd. <br> Burbank, CA  91504 | | | | | x | | 12,577.00 |

Subtotal ➤ | $ | 29,766.82

Sheet no. __8__ of __9__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤ | $

Form B6F (Official Form 6F) - (Rev. 12/07)                                          2007 USBC, Central District of California

| In re | |
|---|---|
| Fey 240 N. Brand LLC | Case No.: |
| | 2:09-bk-44228-AA |
| Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Zero & Associates <br> P.O. Box 2386 <br> Newport Beach, CA  92659 | | | | | x | | 850.00 |
| Last four digits of ACCOUNT NO. <br> Dorn Platz <br> 210 S. Orange Grove Blvd. <br> Pasadena, CA  91105 | | | | | x | | 99,058.15 |
| Last four digits of ACCOUNT NO. <br> CSC Coring <br> 9525 Irondale Ave. <br> Chatsworth, CA  91311 | | | | | x | | 950.00 |
| Last four digits of ACCOUNT NO. <br> Doug Neuman | | | | | | | 75,000.00 |

Subtotal ➤ | $ | 175,858.15

Sheet no. _9_ of _9_ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)  ➤ | $ | 678,352.29

Form B6 - Declaration (Rev. 12/07)                                                2007 USBC, Central District of California

| In re | Case No.: 2:09-bk-44228-AA |
|---|---|
| Fey 240 North Brand LLC | |
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date _____          Signature: _____
                                                                                          Debtor


Date _____          Signature: _____
                                                                                          (Joint Debtor, if any)
                                                                                          [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.


_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.
                                                                                          (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*


_____

_____

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __manager__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _Fey 240 North Brand LLC_ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____22_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*


Date ___12/22/09___          Signature: _____
                                                                 GREG GALLATLY
                                                                 [Print or type name of individual signing on behalf of debtor.]


*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------------------------

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| Fey 240 North Brand LLC | 2:09-bk-44228-AA |
| Debtor. | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.      Income from Employment or Operation of Business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐      of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2009 - $ 484,658 | rents |
| 2008 - $ 569,221 | rents |
| 2007 - $ 495,294 | rents |

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                                    2007 USBC, Central District of California

**2.      Income Other than from Employment or Operation of Business**

None     State the amount of income received by the debtor other than from employment, trade, profession, operation of the
☒        debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If
         a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter
         13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and
         a joint petition is not filed.)

                          AMOUNT                                                  SOURCE


**3.      Payments to Creditors**

         *Complete a. or b., as appropriate, and c.*

None  a. Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of
☒        goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
         of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
         Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
         or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
         counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                   | DATES OF       | AMOUNT     | AMOUNT        |
| NAME AND ADDRESS OF CREDITOR      | PAYMENTS       | PAID       | STILL OWING   |


None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☐        within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property
         that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an
         asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of
         an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
         (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
         spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                   | DATES OF       | AMOUNT PAID   |               |
|                                   | PAYMENTS/      | OR VALUE OF   | AMOUNT        |
| NAME AND ADDRESS OF CREDITOR      | TRANSFERS      | TRANSFERS     | STILL OWING   |

         see attached

### 3.b.  Payments to creditors

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| City of Glendale<br>141 N. Glendale Ave., Level 2<br>Glendale, CA  91206 | 9/9/2009 | 71.56 | 8,739.67 |
| Crown Disposal Company<br>P.O. Box 1081<br>Sun Valley, CA  91352 | 9/10/2009 | 317.12 | 1,913.34 |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA  91105 | 9/11/2009 | 600.00 | - |
| Marcus Traylor | 9/11/2009 | 400.00 | |
| Saiful Bouquet<br>385 E. Colorado Bvld. Ste. 200<br>Pasadena, CA  91101 | 9/15/2009 | 2,100.00 | 2,100.00 |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA  91105 | 9/17/2009 | 200.00 | - |
| Ferguson Enterprises<br>4558 Brazil Street<br>Los Angeles, CA  90039 | 9/17/2009 | 324.44 | - |
| Marcus Traylor | 9/18/2009 | 275.00 | |
| Francisco Hernandez<br>253 E. Villa St. Apt. E<br>Pasadena, CA  91101 | 9/18/2009 | 840.00 | 940.00 |
| Dept. of Industrial Relations<br>P.O. Box 420603<br>San Francisco, CA  94142 | 9/24/2009 | 280.00 | - |
| Francisco Hernandez<br>253 E. Villa St. Apt. E<br>Pasadena, CA  91101 | 9/28/2009 | 605.00 | - |
| Electrician Magician<br>524 E. Glenoaks #D<br>Glendale, CA  91207 | 10/2/2009 | 5,000.00 | 8,920.35 |
| BL Wilcox & Associates<br>7615 Baldwin Place<br>Whittier, CA  90602 | 10/7/2009 | 4,151.70 | - |

| | | | |
|---|---|---|---|
| LA Consulting Engineers<br>3211 Dora Verdugo Rd.<br>Glendale, CA  91208 | 10/7/2009 | 2,000.00 | 3,500.00 |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | 10/7/2009 | 2,000.00 | - |
| AT&T<br>Payment Center<br>Sacramento, CA  95887 | 10/15/2009 | 85.26 | 85.74 |
| Megan Galletly<br>210 S. Orange Grove Blvd.<br>Pasadena, CA  91105 | 10/16/2009 | 269.14 | - |
| CSC Inc<br>9525 Irondale Avenue<br>Chatsworth, CA  91311 | 10/16/2009 | 225.00 | - |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA  91105 | 10/22/2009 | 500.00 | - |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA  91105 | 10/30/2009 | 500.00 | - |
| Justin Forman-Larsen | 11/2/2009 | 435.50 | - |
| Archers's Lock and Safe<br>224 W. Colorado Blvd. Ste. 103<br>Glendale, CA  91204 | 11/2/2009 | 3,310.00 | 19,107.99 |
| Crown Disposal Company<br>P.O. Box 1081<br>Sun Valley, CA  91352 | 11/5/2009 | 317.26 | - |
| Simon Equipment Co.<br>202 W. Huntington Drive<br>Monrovia, CA  91016 | 11/5/2009 | 875.03 | - |
| Demmert & Associates<br>2004 W. Mountain St.<br>Glendale, CA 91205 | 11/10/2009 | 3,700.00 | 23,600.00 |
| City of Glendale<br>141 N. Glendale Ave., Level 2<br>Glendale, CA  91206 | 11/12/2009 | 214.68 | - |

| | | | |
|---|---|---|---|
| Electrician Magician<br>524 E. Glenoaks #D<br>Glendale, CA 91207 | 11/12/2009 | 7,500.00 | - |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | 11/16/2009 | 500.00 | - |
| Megan Galletly<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | 11/17/2009 | 119.32 | - |
| Charles Crosby<br>102 W. Glendale Apt. 416<br>Glendale, CA 91206 | 11/17/2009 | 65.05 | - |
| AT&T<br>Payment Center<br>Sacramento, CA 95887 | 11/17/2009 | 42.59 | - |
| Jorge Lorenzo | 11/18/2009 | 300.00 | - |
| CSC Inc<br>9525 Irondale Avenue<br>Chatsworth, CA 91311 | 11/18/2009 | 950.00 | - |
| Glendale Builders Supplies<br>4415 San Fernando Rd.<br>Glendale, CA 91204 | 11/20/2009 | 310.65 | - |
| Electrician Magician<br>524 E. Glenoaks #D<br>Glendale, CA 91207 | 11/24/2009 | 5,000.00 | - |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | 11/25/2009 | 500.00 | - |
| Justin Forman-Larsen | 11/25/2009 | 500.00 | - |
| The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | 12/1/2009 | 281.90 | 14.63 |
| Berrien County Register of Deed<br>701 Main Street<br>St. Joseph, MI 49085 | 12/3/2009 | 20.00 | - |
| Jonathan Azpell<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | 12/3/2009 | 500.00 | - |
| US Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | 12/3/2009 | 1,039.00 | - |

3

None  c.  All debtors:  List all payments made within **one year** immediately preceding the commencement of this case to or
☒      for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
        include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

4.      **Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐      preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
        information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| FEY 240 NORTH BRAND LLC vs. GLENDALE CAREER SCHOOLS, Inc. Case # BC392006 | Declaratory Relief Action | Los Angeles Superior Court | Pending |
| EVILSIZER CONSTRUCTION, Inc. vs. FEY 240 NORTH BRAND LLC Et. Al. Case # EC046721 | Mechanic's Lien | Los Angeles Superior Court | Pending |

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☒      year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
        13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**5.       Repossessions, Foreclosures and Returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☒         of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
          (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
          spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.       Assignments and Receiverships**

None      a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☒              commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment
               by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
               petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None      b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☒              immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
               must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
               the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None
☒
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

**8.    Losses**

None
☒
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

**9.    Payments Related to Debt Counseling or Bankruptcy**

None
☒
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

**10.    Other Transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☒          the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
            of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
            spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None    b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☒          to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.    Closed Financial Accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☒       closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
        checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
        held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
        institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
        instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 12/07)                    2007 USBC, Central District of California

### 12.    Safe Deposit Boxes

None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☒       within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
         chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
         the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.    Setoffs

None     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☒       the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
         concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
         petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.    Property Held for Another Person

None     List all property owned by another person that the debtor holds or controls.
☒

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.    Prior Address of Debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
☒      the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is  filed,
        report also any separate address of either spouse.

   ADDRESS                           NAME USED                        DATES OF OCCUPANCY

**16.    Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☒      California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
        immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
        spouse who resides or resided with the debtor in the community property state.

   NAME

**17.    Environmental Information**

        For the purpose of this question, the following definitions apply:

        "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
        releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
        other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
        or material.

        "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
        formerly owned or operated by the debtor, including, but not limited to, disposal sites.

        "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
        hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☒          that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental
            unit, the date of the notice, and, if known, the Environmental Law:

        SITE NAME              NAME AND ADDRESS              DATE OF          ENVIRONMENTAL
        AND ADDRESS            OF GOVERNMENTAL UNIT          NOTICE               LAW

None   b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☒         of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☒         respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
          was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.   Nature, Location and Name of Business**

None   a.   *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☒         and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
          executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
          or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
          or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
          preceding the commencement of this case.

          *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
          and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
          of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

          *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
          and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
          of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN' OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None   b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as      defined
 ☒         in 11 U.S.C. § 101.

         NAME                                         ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer,
director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either
full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business
within those six years should go directly to the signature page.)*

19.   **Books, Records and Financial Statements**

None   a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
 ☐         case kept or supervised the keeping of books of account and records of the debtor.

         NAME AND ADDRESS                                 DATES SERVICES RENDERED

         Chris Blazey                                       inception to current
         14303 Cotton Ranch Road
         Bakersfield, CA  93306

None   b.   List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
 ☒         audited the books of account and records, or prepared a financial statement of the debtor.

         NAME                    ADDRESS                 DATES SERVICES RENDERED

None   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
 ☐         account and records of the debtor.  If any of the books of account and records are not available, explain.

         NAME                                         ADDRESS

         Debtor in possession

None    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐       financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
        case.

      NAME AND ADDRESS                                    DATE ISSUED

      Citizens Business Bank                                various
      1010 E. Colorado Blvd.
      Pasadena, CA  91106

---

**20.     Inventories**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☒       of each inventory, and the dollar amount and basis of each inventory.

                                                                    DOLLAR AMOUNT
                                                             OF INVENTORY
                                                        (Specify cost, market,
      DATE OF INVENTORY                   INVENTORY SUPERVISOR                   or other basis)

---

None    b.  List the name and address of the person having possession of the records of each of the inventories reported
☒       in a., above.

      DATE OF INVENTORY                      NAME AND ADDRESS OF CUSTODIAN
                                        OF INVENTORY RECORDS

---

**21.     Current Partners, Officers, Directors and Shareholders**

None    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☒       partnership.

      NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐       indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Keith Fey<br>120 Santa Cruz Ave.<br>Oxnard, CA  93035 | Manager | 100% |
| Greg Galletly<br>210 S. Orange Grove Blvd.<br>Pasadena, CA  91105 | Manager | 0% |

**22.    Former Partners, Officers, Directors and Shareholders**

None  a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☒       preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☒       **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.    Withdrawals from a Partnership or Distributions by a Corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☒     including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
      during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☒     consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
       preceding the commencement of the case.

   NAME OF PARENT CORPORATION                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☒     the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding
       the commencement of the case.

   NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

• • • • • • • • •

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.:  2:09-bk-44228-AA |
|---|---|
| Fey 240 North Brand LLC | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 50,000.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 0.00

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 50,000.00

2. The source of the compensation paid to me was:

   ☒ Debtor          ❑ Other *(specify)*

3. The source of compensation to be paid to me is:

   ❑ Debtor          ❑ Other *(specify)*

4. ❑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ❑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)                    1998 USBC, Central District of California

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_Dec 4, 2009_
Date

_____
Signature of Attorney

_____
Name of Law Firm