1   Mitchell B. Ludwig (State Bar No. 115903)
    mbl@kpclegal.com
2   KNAPP, PETERSEN & CLARKE
    550 North Brand Boulevard, 15th Floor
3   Glendale, California 91203-1904
    Telephone: (818) 547-5000
4   Facsimile: (818) 547-5329

5   Attorneys for Defendant
    GCS/LES, LLC f/k/a Glendale Career Schools, Inc.

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  IN RE:                              )  NO.   2:09-bk-44228-AA
                                        )
12  FEY 240 NORTH BRAND, LLC            )  ADV. NO. 2:10-ap-01912-AA
                                        )
13          Debtor.                     )  CHAPTER 11
                                        )
14  ───────────────────────────────    )  STIPULATION TO CONTINUE
                                        )  STATUS CONFERENCE ON
15  FEY 240 NORTH BRAND, LLC, a         )  ADVERSARY PROCEEDING
    California Limited Liability Company,)
16                                      )  [No Hearing Required]
            Plaintiff,                  )
17                                      )
        v.                              )
18                                      )
    GCS/LES, LLC, f/k/a Glendale Career )
    Schools, Inc.,                      )
19                                      )
            Defendant.                  )
20  ───────────────────────────────    )

21      TO THE COURT AND THE INTERSTED PARTIES NAMED ON THE

22  ATTACHED SERVICE LIST:

23      IT IS HEREBY STIPULATED by GCS/LES, LLC, f/k/a Glendale Career Schools,

24  Inc. (hereinafter referred to as "GCS"), a creditor and party-in-interest herein, by and

25  through its attorney of record, Mitchell B. Ludwig, Esq., on the one hand, and FEY 240

26  NORTH BRAND, LLC., (hereinafter the "Debtor") by and through its attorney of record,

27  John Schock, as follows:

28  / / /

881358.1  05777/00001

1.    On or about May 26, 2010, the Debtor filed an adversary complaint (the "Complaint") with respect to GCS's interest in the property at 240 N. Brand Blvd., Glendale, CA (the "Property").

2.    On June 30, 2010, Citizens Business Bank ("Bank"), holder of the first trust deed on the Property, filed a Motion for Relief from Stay with respect to the Property. The hearing on their Motion was to be held on July 21, 2010.

3.    In view of the filing of Bank's motion, GCS and the Debtor had agreed to extend GCS's time in which to respond to the Complaint to July 28, 2010. Additionally, GCS and the Debtor had agreed to continue the Status Conference to August 4, 2010. The Court approved both dates.

4.    Bank's Motion for Relief from Stay was continued at the July 21 hearing to August 18, 2010. If Bank prevails on its Motion, Debtor's Complaint would become moot as the Bank will likely foreclose, thereby rendering the dispute over GCS's lien moot.

5.    In view of the continuance of Bank's motion, GCS and the Debtor have agreed to extend GCS's time in which to respond to the Complaint to August 25, 2010. Additionally, GCS and the Debtor have agreed to continue the Status Conference to September 1, 2010 at 10:30 a.m., or to the next convenient date on the Court's calendar.

///
///
///
///
///
///
///
///
///
///
///

1      Accordingly, the parties hereby propose, subject to court approval, that the Status

2  Conference be continued to September 1, 2010, at 10:30 a.m.

3  AGREED:

4  Dated:  July 27, 2010          KNAPP, PETERSEN & CLARKE

5

6                                 By: _____

7                                   Mitchell B. Ludwig
                                   Attorneys for Creditor

8                                   GCS/LES, LLC

9

10  Dated:  July 27, 2010          SCHOCK & SCHOCK

11

12                                 By: _____

13                                   John Schock
                                   Attorneys for Debtor FEY 240 NORTH

14                                 BRAND, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br>Fey 240 North Brand LLC, A Limited Liability Company | CHAPTER: 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 2:09-bk-44228-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 550 No. Brand Blvd., 15th Floor, Glendale, CA 91203-1922

A true and correct copy of the foregoing document described as <u>Stipulation to Continue Status Conference on Adversary Proceeding</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __July 27, 2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Dawn M. Coulson, Attorney for Citizens Business Bank, dcoulson@eyclaw.com
M. Jonathan Hayes, Attorney for M. Jonathan Hayes, jhayes@polarisnet.net
Dare Law, Attorney for US Trustee, dare.law@usdoj.gov
U.S. Trustee, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __July 27, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Fey 240 North Brand LLC  (Via Federal Express)
210 S. Orange Grove
Pasadena, CA 91105-1705

John Schock, attorney for debtor  (Via Federal Express)
210 Orange Grove, Ste. 200
Pasadena, CA 91105-1705

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __July 27, 2010__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Alan M. Ahart (Via Personal Service)
United States Bankrupty Court
Room 1382
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 20100 | Cynthia Contreras | |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**