# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: __Fey 240 N. Brand, LLC__   Atty Name (if applicable): __John P. Schock__

Street Address: __210 S. Orange Grove Blvd.__   CA Bar No. (if applicable): __052781__

__Pasadena, CA 91105__   Atty Fax No. (if applicable): __626-298-6447__

Filer's Telephone No.: __626-204-5200__

In re:
Fey 240 North Brand LLC
210 S. Orange Grove Blvd.
Pasadena, CA 91105

Case No.: __2:09-bk-44228-AA__

Chapter 7 ____ 11 __x__ 13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes __x__   No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____ B ____ C ____ D __x__ E ____ F __x__ G ____ H ____ I ____ J ____

Statement of Social Security Number(s) ____   Statement of Financial Affairs ____

Statement of Intention ____   Other __x__

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, __Greg Galletly__, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: __10/5/2010__

_Debtor Signature_

_Co-Debtor Signature_

**FOR COURT USE ONLY**

FILED
OCT 05 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

*SEE REVERSE SIDE**

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: __10/5/10__    __Alicia Azpell__
Print or Type Name

_____
Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

| In re | Fey 240 N. Brand LLC | Debtor. | Case No.: 2:09-bk-44228-AA (If known) |
|---|---|---|---|

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Citizens Business Bank<br>1010 E. Colorado Blvd.<br>Pasadena, CA 91106 | | | October 19, 2005<br>Deed of Trust<br>Commercial Building<br><br>Value $ 16,000,000 | | | | 8,789,328.40 | 560,000.00 |
| Last four digits of ACCOUNT NO.<br><br>Delovely Properties<br>495 Emigrant Creek Dr.<br>Ashland, OR 97520 | | | July 30, 2007<br>Deed of Trust<br>Commercial Building<br><br>Value $ 16,000,000 | | | | 1,407,083.27 | 307,083.27 |
| Last four digits of ACCOUNT NO.<br><br>Barnust Properties, LTD<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | | | Deed of Trust<br>Commercial Building<br><br>Value $ 16,000,000 | | | | 1,755,089.00 | |

_1_ Continuation Sheets attached

Subtotal (Total of this page) ► $ 11,951,500.67    867,083.27

Total (Use only last page) ► $

FILED
OCT 05 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

(Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

| In re Fey 240 N. Brand, LLC | Debtor. | Case No.: 2:09-bk-44228-AA (If known) |

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. LA County Tax Collector PO Box 54018 Los Angeles, CA 90054 | | | Property Tax Lien Commercial Building  Value $ 16,000,000 | | | | 365,578.47 | |
| Last four digits of ACCOUNT NO. Evilsizer Construction 621 S. Victory Blvd. Burbank, CA 91502 | | | Construction Lien Commercial Building  Value $ 16,000,000 | | | | 407,682.93 | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |
| Last four digits of ACCOUNT NO. | | | Value $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal(s) (Total(s) of this page) ➤ | $ 773,261.40 | |
|---|---|---|---|
| | Total(s) (Use only last page) ➤ | $ 12,724,762.07 | 867,083.27 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6F (Official Form 6F) - (Rev. 12/07)                      2007 USBC, Central District of California

| In re | Case No.: |
|---|---|
| Fey 240 North Brand LLC | 2:09-bk-44228-AA |
|                                                                                Debtor. | (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>ABR Concrete Systems<br>110 N. Richmont Dr.<br>Anaheim, CA 92801 | | | | | | | 3,723.60 |
| Last four digits of ACCOUNT NO.<br>Acetek Roofing Co.<br>2525 W. 8th St. #220<br>Los Angeles, CA 90057 | | | | | | | 480.00 |
| Last four digits of ACCOUNT NO.<br>Amtech Elevator Services<br>Dept. LA 21592<br>Pasadena, CA 91185 | | | | | | | 2,427.30 |
| Last four digits of ACCOUNT NO.<br>Archer's Lock and Safe<br>224 W. Colorado Blvd., Ste. 103<br>Glendale, CA 91204 | | | | | | | 19,107.99 |
| | | | | | | Subtotal ➤ | $ 25,738.89 |

_7_ Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.) ➤    $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)     2007 USBC, Central District of California

In re: Fey 240 North Brand LLC, Debtor.

Case No.: 2:09-bk-44228-AA (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Aztec Fire Protection<br>5121 West Jefferson Blvd.<br>Los Angeles, CA 90016 | | | | | | | 8,150.00 |
| Last four digits of ACCOUNT NO.<br>Camilo Hernandez<br>832 N. Fair Oaks Ave.<br>Pasadena, CA 91103 | | | | | | | 430.70 |
| Last four digits of ACCOUNT NO.<br>City of Glendale<br>141 N. Glendale Ave., Level 2<br>Glendale, CA 91206 | | | | | | | 12,451.74 |
| Last four digits of ACCOUNT NO.<br>Crabtree Glass Company<br>32023 Sherman Way<br>N. Hollywood, CA 91605 | | | | | | | 7,197.00 |
| | | | | | | Subtotal ► | $ 28,229.44 |
| | | | | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ► | $ |

Sheet no. 1 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Form B6F (Official Form 6F) - (Rev. 12/07) | 2007 USBC, Central District of California |
|---|---|
| In re<br>Fey 240 North Brand LLC<br>Debtor. | Case No.:<br>2:09-bk-44228-AA<br>(If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Crown Disposal<br>P.O. Box 1081<br>Sun Valley, CA 91352 | | | | | | | 1,977.20 |
| Last four digits of ACCOUNT NO.<br>Dal Tile Van Nuys<br>7901 Sepulveda Blvd.<br>Van Nuys, CA 91405 | | | | | | | 4,840.03 |
| Last four digits of ACCOUNT NO.<br>Demmert & Associates<br>2004 W. Mountain St.<br>Glendale, CA 91205 | | | | | | | 23,600.00 |
| Last four digits of ACCOUNT NO.<br>Diversified Automation<br>7372 Walnut Ave. Ste. Y<br>Buena Park, CA 90620 | | | | | | | 19,700.00 |
| | | | | | | Subtotal ➤ | $ 50,117.23 |

Sheet no. 2 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)     2007 USBC, Central District of California

| In re Fey 240 North Brand LLC, Debtor. | Case No.: 2:09-bk-44228-AA (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Dura Painting Company <br> 19341 Caledonia Drive <br> Riverside, CA 92508 | | | | | | | 10,850.00 |
| Last four digits of ACCOUNT NO. <br> Encore Image, Inc. <br> P.O. Box 9297 <br> Ontario, CA 91762 | | | | | | | 460.95 |
| Last four digits of ACCOUNT NO. <br> Francisco Hernandez <br> 253 E. Villa St. Apt. #1 <br> Pasadena, CA 91101 | | | | | | | 1,805.00 |
| Last four digits of ACCOUNT NO. <br> Franchise Tax Board <br> P.O. Box 948257 <br> Sacramento, CA 92457-0494 | | | | | | | 2,211.09 |
| | | | | | | Subtotal ► | $ 15,327.04 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ► $

Form B6F (Official Form 6F) - (Rev. 12/07)　　　　　　　　　　　　　　　　　　　　2007 USBC, Central District of California

In re
Fey 240 North Brand LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor.

Case No.:
2:09-bk-44228-AA
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Golden Eagle Insurance<br>P.O. Box 85830<br>San Diego, CA 92186 | | | | | | | 626.00 |
| Last four digits of ACCOUNT NO.<br>Hampton Floor Covering<br>2230 Lincoln Avenue Ste. 107<br>Altadena, CA 91001 | | | | | | | 8,612.25 |
| Last four digits of ACCOUNT NO.<br>Interior Experts General Builders<br>2127 Edwards Ave.<br>South El Monte, CA 91733 | | | | | | | 42,221.93 |
| Last four digits of ACCOUNT NO.<br>KPFF Consulting Engineers<br>6080 Center Drive, Ste. 300<br>Los Angeles, CA 90045 | | | | | | | 5,330.70 |
| | | | | | | Subtotal ➤ | $ 56,790.88 |
| | | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ |

Sheet no. 4 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Form B6F (Official Form 6F) - (Rev. 12/07) | 2007 USBC, Central District of California |
|---|---|
| In re<br>Fey 240 North Brand LLC<br>                                              Debtor. | Case No.:<br>2:09-bk-44228-AA<br>(If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Labor Ready Southwest, Inc.<br>P.O. Box 31001-0257<br>Pasadena, CA  91110 | | | | | | | 5,701.95 |
| Last four digits of ACCOUNT NO.<br>LA Metro Plumbing<br>P.O. Box 60921<br>Pasadena, CA  91116 | | | | | | | 18,590.00 |
| Last four digits of ACCOUNT NO.<br>Lobar Properties<br>1150 N. Central Ave. #209<br>Glendale, CA  91202 | | | | | | | 235,887.89 |
| Last four digits of ACCOUNT NO.<br>Mustang Mechanical Contractors<br>957 Lawson Street<br>City of Industry, CA  91748 | | | | | | | 10,089.82 |
| | | | | | | Subtotal ➤ | $ 270,269.66 |

Sheet no. 5 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)    2007 USBC, Central District of California

In re  Fey 240 North Brand LLC
                                            Debtor.

Case No.: 2:09-bk-44228-AA
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Roberto Morales <br> Address Unknown | | | | | | | 5,000.00 |
| Last four digits of ACCOUNT NO. <br> Studley, Inc. <br> 777 S. Figueroa St., 30th Floor <br> Los Angeles, CA 90017 | | | | | | | 183,100.00 |
| Last four digits of ACCOUNT NO. <br> Stumbaugh & Associates <br> 3303 N. San Fernando Blvd. <br> Burbank, CA 91504 | | | | | | | 12,577.00 |
| Last four digits of ACCOUNT NO. <br> Zero & Associates <br> P.O. Box 2386 <br> Newport Beach, CA 92659 | | | | | | | 850.00 |

Sheet no. 6 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 201,527.00

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ▶ $

| Form B6F (Official Form 6F) - (Rev. 12/07) | 2007 USBC, Central District of California |
|---|---|
| In re<br>Fey 240 N. Brand LLC<br>Debtor. | Case No.:<br>2:09-bk-44228-AA<br>(If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Dorn Platz<br>210 S. Orange Grove Blvd.<br>Pasadena, CA 91105 | | | | | | | 102,174.02 |
| Last four digits of ACCOUNT NO.<br>Doug Neuman<br>951 Emigrant Creek Drive<br>Ashland, OR 97520 | | | | | | | 84,148.11 |
| Last four digits of ACCOUNT NO.<br>Glendale Carreer Schools<br>c/o Knapp, Peterson & Clarke<br>550 N. Brand Blvd.<br>Glendale, CA 91203 | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 186,322.13

Total
(Use only on last page of the completed Schedule F.) ➤ $ 834,322.27
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

## MAILING LIST

Fey 240 North Brand LLC
210 S Orange Grove Blvd
Pasadena, CA 91105


Schock and Schock
John Schock
210 S Orange Grove Blvd Suite 200
Pasadena, CA 91105


United States Trustee
725 South Figueroa Street 26th Floor
Los Angeles, CA 90017

Citizens Business Bank
Ted Dondanville
1010 E Colorado Blvd
Pasadena, CA  91106


Los Angeles County Assessor
500 W Temple St Room 225
Los Angeles, CA  90012


Glendale Career College
co Knapp Peterson and Clarke
550 N Brand Blvd
Glendale, CA  91203


Evilsizer Construction Inc
621 S Victory Blvd
Burbank, CA  91502


Delovely Properties
495 Emigrant Creek Drive
Ashland, OR  97520


Barnust Properties
210 S. Orange Grove Blvd.
Pasadena, CA  91105


ABR Concrete Systems
110 N Richmont Drive Unit H
Anaheim, CA  92801


Acetek Roofing Inc
2525 W 8th St Unit 220
Los Angeles, CA  90057

Amtech Elevator Services
Dept LA 21592
Pasadena, CA  91185


Archers Lock and Safe
224 W Colorado Blvd
Glendale, CA  91204


Aztec Fire Protection
5121 West Jefferson Blvd
Los Angeles, CA  90016


Camilo Hernandez
832 N Fair Oaks Ave
Pasadena, CA  91103


City of Glendale
141 N. Glendale Ave Level 2
Glendale, CA  91206


Crabtree Glass Company
13203 Sherman Way
North Hollywood, CA  91605


Crown Disposal
PO Box 1081
Sun Valley, CA  91352


Dal Tile Van Nuys
7901 Sepulveda Blvd
Van Nuys, CA  91405

Demmert and Associates
2004 West Mountain Street
Glendale, CA 91201


Diversified Automation
7372 Walnut Ave Suite Y
Buena Park, CA 90620


Dorn Platz
210 S. Orange Grove Blvd.
Pasadena, CA 91105


Doug Neuman
951 Emigrant Creek Drive
Ashland, OR 97520


Dura Painting Company
19341 Caledonia Drive
Riverside, CA 92508


Encore Image Inc
PO Box 9297
Ontario, CA 91762


Francisco Hernandez
253 E Villa St Apt 1
Pasadena, CA 91101


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

Golden Eagle Insurance
PO Box 85830
San Diego, CA 92186


Hampton Floor Covering
2230 Lincoln Avenue Suite 107
Altadena, CA 91001


Interior Experts General Builders
2127 Edwards Avenue
South El Monte, CA 91733


KPFF Consulting Engineers
6080 Center Drive Suite 300
Los Angeles, CA 90045


Labor Ready Southwest Inc
PO Box 31001-0257
Pasadena, CA 91110


LA Metro Plumbing
PO Box 60921
Pasadena, CA 91116


Lobar
1150 N Central Ave Unit 209
Glendale, CA 91202


Mustang Mechanical Contractors
957 Lawson Street
City of Industry, CA 91748

Studley Inc
777 S Figueroa Street
30th Floor
Los Angeles, CA  90017


Stumbaugh and Associates
3303 N San Fernando Blvd
Burbank, CA  91504


Zero & Associates
PO Box 2386
Newport Beach, CA  92659


Epps Yong and Coulson
Dawn Coulson
333 S Hope Street 35th Floor
Los Angeles, CA  90071