SCHOCK & SCHOCK, alc.
210 So. Orange Grove Blvd. Suite 200
Pasadena, CA 91105
626-298-6446
fax 626-298-6447
[bar no. 048632, 052781]

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: | Bankruptcy No. LA 2:09-bk-44228-AA |
|---|---|
| FEY 240 NORTH BRAND, LLC, a Limited Liability Company; | Chapter 11 |
| Debtor | MOTION FOR APPROVAL OF DEBTORS FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION |
| | DATE: January 26, 2011
TIME: 10:00 a.m.
PLACE: Courtroom 1375
 255 East Temple St.
Los Angeles CA 90012 |

To the Court and to the parties in interest:

The Debtor submits the following Memorandum and Plan Ballot Summary in support of its Motion for Approval of Debtors Fourth Amended Chapter 11 Plan of Reorganization.

1.   Pursuant to the Courts Order of December 1, 2010, the Debtors Proposed Fourth Amended Chapter 11 Disclosure Statement and Plan was approved subject to changes made to update the status of Glendale Career Schools.

1

MOTION FOR APPROVAL OF DEBTORS FOURTH AMENDED CHAPTER 11 PLAN
OF REORGANIZATION

2. Pursuant to the Courts Order of December 7, 2010 the Approved Fifth Amended Chapter 11 Disclosure Statement and Plan and the ballots were mailed to the creditors who were entitled to vote on December 7, 2010.

3. Pursuant to the Courts Order of December 1, 2010 the creditors were to have at least 21 days to return the ballots. The ballots advised the creditors that the deadline for return of the ballots was December 31, 2010.

4. The only unimpaired classes was class 3.

5. The Impaired classes were classes 1A, 1B, 1C, 1D, 1E, 1F, 1G, 2A and 2B.

6. Impaired classes 1A, 1C, 1E, 1F, 1G, 2A, and 2B have approved the Plan.

7. Class 1B, Citizens Business Bank, submitted an altered ballot, changing the amount of the allowed claim and rejected the plan. To the extent that this requires a cram down the Debtor requests that the Plan for that class be approved as proposed.

8. Class 1D submitted a conditional ballot, seeking additional wording in the Plan regarding source of payments. To the extent that this requires a cram down the Debtor requests that the Plan for that class be approved as proposed.

9. The total included in the Proposed Plan to be paid to the Class 2A unsecured creditors was $493,625.36. Eleven ballots were returned, ten approving the Proposed Plan and one opposing the Plan. The amount of the approved claims that returned ballots approving the Plan was $339,197.22. [69%] The amount of the approved claims that rejected the Plan was $18,590.00. [3.7%]

2

MOTION FOR APPROVAL OF DEBTORS FOURTH AMENDED CHAPTER 11 PLAN
OF REORGANIZATION

1      11. The table attached as Exhibit B sets forth the summary
2      of the ballots mailed, ballots received, ballots approving the
3      plan and ballots rejecting the plan.
4      12. ANY OBJECTION TO CONFIRMATION OF THE FOURTH AMENDED
5      PLAN MUST BE FILED AND SERVED ON COUNSEL FOR THE DEBTOR SO THAT
6      IT IS ACTUALLY RECEIVED BY January 12, 2009.
7      Dated: January 4, 2011            Schock & Schock, alc
8                                    By: John P. Schock
                                   Attorney for Debtor

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR APPROVAL OF DEBTORS FOURTH AMENDED CHAPTER 11 PLAN
OF REORGANIZATION

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 210 South Orange Grove Blvd. Pasadena California 91105.

A true and correct copy of the foregoing document described as "ORDER APPROVING FOURTH AMENDED DISCLOSURE STATEMENT AND PLAN" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 4, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law United States Trustee dare.law@usdoj.gov
Dawn Coulson   dcoulson@eyclaw.com
Michael Wilson   mwilson@eyclaw.com
Mitchell B. Ludwig mbl@kpclegal.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On Janaury 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

Honorable Alan M. Arart
U.S. Bankruptcy Court
255 East Temple Street, Courtroom 1382
Los Angeles CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| January 4, 2010 | Alicia Azpell | _[signature]_ |
| Date | Type Name | Signature |

## ADDITIONAL PARTIES SERVED

ADDITIONAL PARTIES SERVED

# EXHIBIT A

Fey 240 North Brand LLC
210 S Orange Grove Blvd
Pasadena, CA 91105

Schock and Schock
John Schock
210 S. Orange Grove Blvd., Ste. 200
Pasadena, CA 91105

United States Trustee
725 South Figueroa Street 26th Floor
Los Angeles, CA 90017

Citizens Business Bank
Ted Dondanville
1010 E Colorado Blvd
Pasadena, CA 91106

Los Angeles County Assessor
500 W Temple St Room 225
Los Angeles, CA 90012

Glendale Career College
co Knapp Peterson and Clarke
550 N Brand Blvd
Glendale, CA 91203

Evilsizer Construction Inc
621 S Victory Blvd
Burbank, CA 91502

Delovely Properties
495 Emigrant Creek Drive
Ashland, OR 97520

Barnust Properties
210 S. Orange Grove Blvd.
Pasadena, CA 91105

ABR Concrete Systems
110 N Richmont Drive Unit H
Anaheim, CA 92801

Acetek Roofing Inc
2525 W 8th St Unit 220
Los Angeles, CA 90057

Amtech Elevator Services
Dept LA 21592
Pasadena, CA 91185

Archers Lock and Safe
224 W Colorado Blvd
Glendale, CA 91204

AR Painting
PO Box 4924
Panorama City, CA 91412

Aztec Fire Protection
5121 West Jefferson Blvd
Los Angeles, CA 90016

Camilo Hernandez
832 N Fair Oaks Ave
Pasadena, CA 91103

City of Glendale
141 N. Glendale Ave Level 2
Glendale, CA 91206

Crabtree Glass Company
13203 Sherman Way
North Hollywood, CA 91605

Crown Disposal
PO Box 1081
Sun Valley, CA 91352

Dal Tile Van Nuys
7901 Sepulveda Blvd
Van Nuys, CA 91405

Demmert and Associates
2004 West Mountain Street
Glendale, CA 91201

Diversified Automation
7372 Walnut Ave Suite Y
Buena Park, CA 90620

Dorn Platz
210 S. Orange Grove Blvd.
Pasadena, CA 91105

Doug Neuman
951 Emigrant Creek Drive
Ashland, OR 97520

Dura Painting Company
19341 Caledonia Drive
Riverside, CA 92508

Electrician Magician
524 E Glenoaks Unit D
Glendale, CA 91207

EPPS, YONG, & COULSON
Michael Wilson, Dawn Coulson
333 S. Hope St., 35th Floor
Los Angeles, CA 90071

Encore Image Inc
PO Box 9297
Ontario, CA 91762

Francisco Hernandez
253 E Villa St Apt 1
Pasadena, CA 91101

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

Golden Eagle Insurance
PO Box 85830
San Diego, CA 92186

Hampton Floor Covering
2230 Lincoln Ave. Ste. 107
Altadena, CA 91001

Interior Experts General Builders
2127 Edwards Avenue
South El Monte, CA  91733

KPFF Consulting Engineers
6080 Center Drive Suite 300
Los Angeles, CA  90045

Labor Ready Southwest Inc
PO Box 31001-0257
Pasadena, CA  91110

LA Metro Plumbing
PO Box 60921
Pasadena, CA  91116

Lobar
1150 N Central Ave Unit 209
Glendale, CA  91202

Mustang Mechanical Contractors
957 Lawson Street
City of Industry, CA  91748

Studley Inc.
Attn:  Bryan Norcott
777 S. Figueroa St, 30th Floor
Los Angeles, CA  90017

Stumbaugh and Associates
3303 N San Fernando Blvd
Burbank, CA  91504

Zero & Associates
PO Box 2386
Newport Beach, CA  92659

Pamela L. Cox
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA  91436

Goodwill College
Craig Smith
342 San Fernando Road
Los Angeles, CA  90031

NWC Investments, LLC
Mitchell Fuerst
2101 W. Garvey Ave. N.
West Covina, CA 91790

Case 2:09-bk-44228-AA    Doc 147    Filed 01/04/11    Entered 01/04/11 16:24:34    Desc
Main Document    Page 11 of 11

NWC Investments, LLC
Mitchell Fuerst
2101 W. Garvey Ave. N.
West Covina, CA 91790