| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SCHOCK & SCHOCK. ALC    [052781]<br>210 So. Orange Grove Blvd. Suite 200<br>Pasadena CA 91105<br><br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re  FEY 240 NORTH BRAND LLC | CHAPTER 11 |
|---|---|
| | CASE NUMBER  2:09-bk-44228 |
| | DATE: 01/26/11 |
| | TIME: 9:00 am |
| Debtor. | COURTROOM: 1382 |

## PLAN BALLOT SUMMARY

*(NOTE: The Plan Proponent must file a Plan Ballot Summary at least one (1) day prior to the Confirmation Hearing.)*

1. Proponent of Plan *(Specify name)*:  FEY 240 NORTH BRAND LLC
2. Are any competing plans filed with the Court?   ☐ Yes   ☒ No
3. Is a cramdown requested?   ☒ Yes   ☐ No
4. Unimpaired Classes *(Specify Class Numbers)*:   3
5. Impaired Classes *(Specify Class Numbers)*:   1A, 1B, 1C, 1D, 1E, 1F, 1G, 2A and 2B.
6. Has any impaired class approved the Plan?   ☒ Yes   ☐ No
   *(If YES, specify which class or classes)*:  1A,1C, 1E,1F,1G, 2A and 2B [1D conditional]
7. The following is the voting summary by creditor class:

|  | ACCEPTING ||||  REJECTING ||||
|---|---|---|---|---|---|---|---|---|
|  | Number | % | Amount | % | Number | % | Amount | % |
| Class 1 | | | | | | | | |
| Class 2 | | | | | | | | |
| Class 3 | | | | | | | | |
| Class 4 | | | | | | | | |
| Class 5 | | | | | | | | |
| Class 6 | | | | | | | | |

Other Classes:                                           ☒  See attached Continuation Page

Dated: 01/24/11                                Firm Name: Schock & Schock, alc

By: John P. Schock                             Name: _____
                                               *Attorney for Plan Proponent*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                     **F 3018-2**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 210 South Orange Grove Blvd. Pasadena California 91105.

A true and correct copy of the foregoing document described as "PLAN BALLOT SUMMARY" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare Law United States Trustee dare.law@usdoj.gov
Dawn Coulson    dcoulson@eyclaw.com
Michael Wilson    mwilson@eyclaw.com
Mitchell B. Ludwig mbl@kpclegal.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 24, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 24, 2010    Alicia Azpell
Date    Type Name    Signature

ADDITIONAL PARTIES SERVED

Honorable Alan M. Arart
U.S. Bankruptcy Court
255 East Temple Street, Courtroom 1382
Los Angeles CA 90012